IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     Plaintiff, § | |
| § | |
| V. § | CR. No. C-06-93 (1) |
| § | |
| ISMAEL GRIMALDO, JR., § | |
|     Defendant. § | |

### ORDER TERMINATING APPOINTMENT OF COUNSEL

By Order signed and entered April 18, 2008, the Court denied Defendant Ismael Grimaldo, Jr.'s ("Grimaldo") motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). (D.E. 34, denying D.E. 33.) On May 1, 2008, the Clerk received from Grimaldo a Notice of Appeal appealing that Order. (D.E. 35.)

Grimaldo was sentenced on June 27, 2006, and judgment of conviction and sentence was entered against him on June 30, 2006. (D.E. 29, 31.) He did not appeal and his conviction and sentence are therefore final. Grimaldo's appointed counsel in the criminal proceedings, Robert M. Zamora, never moved to withdraw as counsel, however, and so is still listed as counsel of record.

Because Grimaldo is not appealing his criminal judgment, but the denial of a post-conviction motion he filed *pro se*, Zamora is not required to represent Grimaldo on his appeal. Moreover, it is worth noting that Grimaldo has not requested the appointment of counsel on this appeal. Accordingly, Zamora's appointment is hereby terminated and he has no further duties as to Grimaldo's current appeal.

It is so ORDERED this 8th day of May, 2008.

                                                                    _____
                                                                      Janis Graham Jack
                                                                  United States District Judg